IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL TODD HARRIS, | ) |
| Plaintiff, | ) |
| vs. | ) Case Number CIV-17-493-C |
| JASON ALBRIGHT, *et al.*, | ) |
| Defendants. | ) |

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter is before the Court on the Report and Recommendation entered by the United States Magistrate Judge on July 31, 2017. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted. Plaintiff's case is DISMISSED without prejudice for failure to comply with the Orders of the Court.

IT IS SO ORDERED this 28th day of August, 2017.

ROBIN J. CAUTHRON
United States District Judge